**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | Civil Action No. 22-cv-10407 |

**NOTICE OF APPEARANCE**

Please enter the appearance of Matthew Segal as counsel for plaintiff American Civil Liberties Union, Inc. in the above-captioned matter.

Dated: March 17, 2022                                   Respectfully submitted,


                                                       By: /s/ *Matthew R. Segal*
                                                           Matthew R. Segal (BBO #654489)
                                                           AMERICAN CIVIL LIBERTIES UNION
                                                            FOUNDATION OF MASSACHUSETTS, INC.
                                                           One Center Plaza, Suite 850
                                                           Boston, MA 02108
                                                           (617) 482-3170
                                                           MSegal@aclum.org

1