**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

AMERICAN CIVIL LIBERTIES UNION OF
MASSACHUSETTS, INC.,

                Plaintiff,

   v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

                Defendant.

Civil Action No. 22-cv-10407

**NOTICE OF APPEARANCE**

Please enter the appearance of Krista Oehlke as counsel for plaintiff American Civil

Liberties Union, Inc. in the above-captioned matter.

Dated: March 17, 2022

Respectfully submitted,

By: /s/ *Krista Oehlke*
    Krista Oehlke (BBO #707566)
    AMERICAN CIVIL LIBERTIES UNION
     FOUNDATION OF MASSACHUSETTS, INC.
    One Center Plaza, Suite 850
    Boston, MA 02108
    (617) 482-3170
    KOehlke@aclum.org

1