**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 22-cv-10407-PBS |
| v. | ) ) | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) ) ) | |
| Defendant. | ) ) ) ) | |

**AFFIDAVIT OF SERVICE**

I, Taïsha Lazare, hereby state and affirm as follows:

1.      I am the Paralegal and Pro Bono Coordinator at the American Civil Liberties Union Foundation of Massachusetts, Inc.

2.      On March 21, 2022, I served the Summons and Complaint in this action upon the following by certified mail, return receipt requested:

Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S Immigration and Customs Enforcement
500 12th St., SW
Washington, D.C. 20024

Signed under the penalties of perjury this 22nd day of March 2022.


/s/ Taïsha Lazare
Taïsha Lazare