Civil Action No.: **1:22−CV−10407−PBS**

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) _Rachel Rollins, US Atty for Dist. of MA_

was received by me on (date) _3-18-22_.

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual&rsquo;s residence or usual place of abode with
(name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual&rsquo;s last known address; or

☑ I served the summons on (name of individual) _Lisa at reception_ , who is

designated by law to accept service of process on behalf of (name of organization) _US Atty's office_

_at 11:55 Am_ on (date) _3-21-22_; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

_3-21-22_
Date

_____
Server's Signature

_Jon Pollack, Process Svr_
Printed name and title

_____
Server's Address JON POLLACK & ASSOC.
279 E. CENTRAL ST, #222
FRANKLIN, MA 02038

Additional information regarding attempted service, etc: