**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC., <br><br> Plaintiff, <br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br><br> Defendant. | Civil Action No. 1:22-cv-10407-PBS |

**NOTICE OF APPEARANCE**

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for the Defendant.  This notice does not waive any defects in service.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

Dated: March 28, 2022          By:    */s/ Erin E. Brizius*
                                       ERIN E. BRIZIUS
                                       Assistant U.S. Attorney
                                       United States Attorney's Office
                                       1 Courthouse Way, Suite 9200
                                       Boston, MA  02210
                                       (617) 748-3398
                                       Erin.E.Brizius2@usdoj.gov