**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC., <br><br>        Plaintiff, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br><br>        Defendant. | Civil Action No. 1:22-cv-10407-PBS |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, United States Immigration and Customs Enforcement ("ICE"), by and through its attorney, Rachael S. Rollins, United States Attorney for the District of Massachusetts, respectfully submits the following Answer to Plaintiff American Civil Liberties Union of Massachusetts, Inc.'s ("Plaintiff") Complaint.

## ANSWER

By way of general response, all allegations made or intended to be made against Defendant are denied unless specifically admitted, and any factual averment admitted is admitted only as to the specific facts and not as to any conclusions, characterizations, implications, or speculations stated, incorporated, or implied in connection therewith. Defendant reserves its right to amend this Answer if appropriate following further investigation in this matter. The foregoing is incorporated into each paragraph of this Answer.

Defendant responds as follows to the individual paragraphs set forth in the Complaint:

1

**Introduction**

1.      The allegations in the first sentence of Paragraph 1 consist of a description of this action to which no response is required. To the extent that a response is required, Defendant admits this action purports to be brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. Sec. 552 and respectfully refers the Court to the FOIA request for a true and complete statement of its contents. The allegations in the second sentence of Paragraph 1 do not pertain to factual information about the FOIA request at issue in this action, therefore no response is required to this paragraph. To the extent that a response is required, Defendant admits that the Office of the Principal Legal Advisor ("OPLA") employs over 1,300 attorneys and represents the Department of Homeland Security in immigration removal proceedings before the Executive Office for Immigration Review. Defendant admits it received a FOIA request from Plaintiff which is a document, the contents of which speaks for itself; thus, Defendant respectfully refers the Court to Exhibit A for a true and complete statement of its contents, and otherwise denies Plaintiff's characterizations. Defendant further admits that as of the filing of this Complaint, it has not yet provided a final response to Plaintiff's FOIA request.

**Jurisdiction and Venue**

2.      The allegations in Paragraph 2 consist of legal conclusions to which no response is required. To the extent that a response is required, Defendant denies the allegations.

3.      The allegations in Paragraph 3 consist of legal conclusions to which no response is required. To the extent that a response is required, Defendant admits that the venue is proper in the District of Massachusetts.

**Parties**

4.      Defendant lacks sufficient information to admit or deny the allegations in Paragraph 4.

5.      Defendant admits the allegations in the first three sentences of Paragraph 5. The allegations in the fourth sentence of Paragraph 5 are legal conclusions to which no response is required. To the extent that a response is required, Defendant denies the allegations.

**Factual Background**

6.      The allegations in Paragraph 6 do not pertain to factual information about the FOIA request at issue in this action, therefore no response is required to this paragraph. To the extent that a response is required, Defendant admits that President Joseph R. Biden took office on January 20, 2021 and respectfully refers the Court to the cited document for a true and complete statement of its contents, and otherwise denies Plaintiff's characterizations.

7.      The allegations in Paragraph 7 do not pertain to factual information about the FOIA request at issue in this action, therefore no response is required to this paragraph. To the extent that a response is required, Defendant denies the allegations.

8.      The allegations in Paragraph 8 do not pertain to factual information about the FOIA request at issue in this action, therefore no response is required to this paragraph. To the extent that a response is required, Defendant admits that OPLA employs over 1,300 attorneys and respectfully refers the Court to the cited document for a true and complete statement of its contents, and otherwise denies Plaintiff's characterizations.

9.      The allegations in Paragraph 9 do not pertain to factual information about the FOIA request at issue in this action, therefore no response is required to this paragraph. To the extent that a response is required, Defendant admits that OPLA represents the Department of Homeland

3

Security in immigration removal proceedings before the Executive Office for Immigration Review and respectfully refers the Court to the cited document for a true and complete statement of its contents, and otherwise denies Plaintiff's characterizations.

10.    The allegations in Paragraph 10 do not pertain to factual information about the FOIA request at issue in this action, therefore no response is required to this paragraph. To the extent that a response is required, Defendant admits the allegations in Paragraph 10.

11.    The allegations in Paragraph 11 do not pertain to factual information about the FOIA request at issue in this action, therefore no response is required to this paragraph. To the extent that a response is required, Defendant respectfully refers the Court to the cited document for a true and complete statement of its contents, and otherwise denies Plaintiff's characterizations.

12.    The allegations in Paragraph 12 do not pertain to factual information about the FOIA request at issue in this action, therefore no response is required to this paragraph. To the extent that a response is required, Defendant respectfully refers the Court to the cited document for a true and complete statement of its contents, and otherwise denies Plaintiff's characterizations.

**ACLUM's Request**

13.    In response to the allegations in Paragraph 13, Defendant admits that Plaintiff submitted a FOIA request on January 31, 2022, which is a document, the contents of which speaks for itself; thus, Defendant respectfully refers the Court to Exhibit A for a true and complete statement of its contents, and otherwise denies Plaintiff's characterizations.

14. In response to the allegations in Paragraph 14, Defendant admits that as of the filing of this Complaint, it has not yet provided a final response to Plaintiff's request.

**<u>Claims for Relief</u>**

**COUNT I**
**Violation of FOIA, 5 U.S.C. § 552**

15.     Defendant repeats and re-alleges its answers as if fully incorporated herein.

16.     The allegations in Paragraph 16 consist of legal conclusions to which no response is required. To the extent that a response is required, Defendant denies the allegations.

17.     The allegations in Paragraph 17 consist of legal conclusions to which no response is required. To the extent that a response is required, Defendant denies the allegations.

18.     The allegations in Paragraph 18 consist of legal conclusions to which no response is required. To the extent that a response is required, Defendant denies the allegations.

**COUNT II**
**Declaratory Relief, 28 U.S.C. § 2201 and 2202**

19.     Defendant repeats and re-alleges its answers as if fully incorporated herein.

20.     The allegations in Paragraph 20 consist of legal conclusions to which no response is required. To the extent that a response is required, Defendant denies the allegations.

**PRAYER FOR RELIEF**

The allegations the "Prayer for Relief" Section of the Complaint contain legal conclusions to which no response is required. To the extent a response is required Defendant denies that Plaintiff is entitled to any of the relief sought therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Any information that Defendant has withheld, or will withhold, in response to Plaintiff's FOIA request may be exempt in whole or in part from public disclosure under the FOIA, 5 U.S.C. § 552 *et seq.*, and the Privacy Act, 5 U.S.C. § 552(a), *et seq*.

### THIRD AFFIRMATIVE DEFENSE

The Court lacks jurisdiction over any matter to the extent Plaintiff failed to satisfy prerequisites to suit, as well as over any requests or allegations that are not contained in a FOIA request at issue in this action.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to attorneys' fees.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's request submitted under FOIA, 5 U.S.C. § 552, as amended, did not reasonably describe the records sought.

### SIXTH AFFIRMATIVE DEFENSE

There is no provision of the FOIA for obtaining declaratory relief. At all times alleged in the Complaint, Defendant was acting in good faith, with justification, and pursuant to authority.

### SEVENTH AFFIRMATIVE DEFENSE

Defendants are entitled to appropriate fees for their searches and responses to Plaintiff's FOIA requests in accordance with applicable law.

Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known through the course of the litigation.

WHEREFORE, Defendant prays that:

1.     Plaintiff take nothing by its Complaint;

2.     The Complaint be dismissed with prejudice;

3.     No injunctive relief be awarded to Plaintiff;

4.     Defendant be awarded its costs of suit;

5.     Judgment be entered in favor of Defendant;

6.     The Court grant such other and further relief as it may deem proper.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:     */s/ Erin E. Brizius*
Erin E. Brizius
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3398
Dated: April 20, 2022          Erin.E.Brizius2@usdoj.gov

7