**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Civil Action No. 1:22-cv-10407-PBS |

**DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

Pursuant to Local Rule 16.1(d)(3), Defendant, United States Immigration and Customs Enforcement, hereby certifies that Defendant's counsel and an agency representative have conferred:

(a)     with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT


_Ryan Stubbs_
Ryan C. Stubbs
Associate Legal Advisor
Government Information Law Division
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

Dated:   *6/8/2022*

UNITED STATES OF AMERICA

RACHAEL S. ROLLINS
United States Attorney

/s/ Erin E. Brizius
Erin E. Brizius
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3398
Erin.E.Brizius2@usdoj.gov

2