**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT <br><br> Defendant. | C.A. No. 1:22-cv-10407-PBS |

## JOINT STATEMENT

Pursuant to Local Rule 16.1, Plaintiff American Civil Liberties Union of Massachusetts ("ACLUM") and Defendant United States Immigration and Customs Enforcement ("ICE") hereby submit this joint statement.

This FOIA case arises from a request for records submitted by the plaintiff to ICE on January 31, 2022 (the "Request"). *See* Complaint ¶13 & Ex. A (request). The Request seeks "[a]ny and all guidance to ICE OPLA and/or OCC attorneys that is currently in effect." *Id.*

On May 23, ICE produced 613 pages of records, some of which were withheld in part pursuant to FOIA Exemptions (b)(5), (b)(6), (b)(7)(C) and (b)(7)(E). On June 17, ICE produced an additional 141 pages of records, some of which were withheld in part pursuant to FOIA Exemptions (b)(5), (b)(6), (b)(7)(C) and (b)(7)(E). Additionally, on June 13, ICE provided plaintiff with a description of the search. The plaintiff is now reviewing the materials. At this stage, the parties do not anticipate that any discovery will be requested.

Defendant's 16.1 certification has been filed, and Plaintiff's 16.1 certification is forthcoming.

2

The parties propose the following schedule for the filing of their respective cross-motions for summary judgment, which gives the parties additional time to resolve the remaining issues in this case before motion practice is necessary:

| Matter | Requested Date |
|---|---|
| Parties meet and confer in an effort to resolve any disputes | August 8, 2022 |
| Last day for Defendant to file motion for summary judgment and serve Vaughn index | October 3, 2022 |
| Last day for Plaintiff to file combined cross-motion for summary judgment and opposition to Defendant's motion | October 31, 2022 |
| Last day for Defendant to file opposition brief | November 21, 2022 |
| Last day for Plaintiff to file reply brief | December 12, 2022 |
| Summary judgment hearing on a date convenient for the Court | December 2022/ January 2023 |

Dated: June 21, 2022                                  Respectfully submitted,

FOR THE PLAINTIFFS,                             FOR THE DEFENDANTS,

*/s/ Krista Oehlke*                                        RACHAEL S. ROLLINS
Matthew R. Segal (BBO #654489)          United States Attorney
Adriana Lafaille (BBO #680210)
Krista Oehlke (BBO #707566)
American Civil Liberties Union         By:    */s/ Erin E. Brizius*
Foundation of Massachusetts, Inc.             ERIN E. BRIZIUS
One Center Plaza, Suite 850                   Assistant U.S. Attorney
Boston, MA 02108                              1 Courthouse Way, Suite 9200
(617) 482-3170                                Boston, MA  02210
ALafaille@aclum.org                           (617) 748-3398
                                              Erin.E.Brizius2@usdoj.gov

*Counsel for Plaintiff American Civil Liberties
Union of Massachusetts, Inc.*

2