# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC.,

      Plaintiff,

  v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

      Defendant.

C.A. No. 1:22-cv-10407-PBS

## PLAINTIFF'S CERTIFICATION PURSUANT TO L.R. 16.1

Pursuant to Local Rule 16.1(d)(3), Plaintiff American Civil Liberties Union of Massachusetts ("ACLUM") confirms that ACLUM and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: June 27, 2022

      Respectfully submitted,

      Carol Rose
      Executive Director
      ACLU of Massachusetts, Inc.


      */s/ Krista Oehlke*
      Matthew R. Segal (BBO #654489)
      Adriana Lafaille (BBO #680210)
      Krista Oehlke (BBO #707566)
      American Civil Liberties Union Foundation of Massachusetts, Inc.

One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170 x 353
koehlke@aclum.org

*Counsel for Plaintiff American Civil Liberties
Union of Massachusetts, Inc.*