**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>          Defendant. | Civil Action No. 22-cv-10407 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE, that Krista Oehlke of the ACLU of Massachusetts respectfully

withdraws her appearance as counsel for Plaintiff. Ms. Oehlke no longer serves as a Legal

Fellow with the American Civil Liberties Union Foundation of Massachusetts, Inc.

Dated: September 2, 2022          Respectfully submitted,

                        */s/ Krista Oehlke*
                        Krista Oehlke (BBO #707566)
                        AMERICAN CIVIL LIBERTIES UNION
                         FOUNDATION OF MASSACHUSETTS, INC.
                        One Center Plaza, Suite 850
                        Boston, MA 02108
                        (617) 482-3170 x354
                        koehlke@aclum.org

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2022 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                      Respectfully submitted,

                        */s/ Krista Oehlke*
                        Krista Oehlke