UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT <br><br> Defendant. | C.A. No. 1:22-cv-10407-PBS |

**JOINT MOTION FOR AN EXTENSION OF TIME AND TO AMEND THE SCHEDULING ORDER**

Defendant United States Immigration and Customs Enforcement ("ICE"), by its attorney, Rachael S. Rollins, U.S. Attorney for the District of Massachusetts, and Plaintiff American Civil Liberties Union of Massachusetts ("ACLUM") hereby jointly move this court for a 45-day extension of time and amendment of the Scheduling Order, as set forth below. *See* Dkts. 12, 14.

This FOIA case arises from a request for records submitted by the Plaintiff to ICE on January 31, 2022 (the "Request"). *See* Complaint ¶13 & Ex. A (request). The parties have been conferring in an attempt to resolve the matter without the need for further litigation, and discussions remain ongoing. To allow additional time to attempt to resolve the remaining issues before motion practice is necessary, the parties propose the following schedule for the filing of their respective cross-motions for summary judgment:

| Matter | Requested Date |
|---|---|
| Last day for Defendant to file motion for summary judgment and serve Vaughn index | November 17, 2022 |
| Last day for Plaintiff to file combined cross-motion for summary judgment and opposition to Defendant's motion | December 15, 2022 |
| Last day for Defendant to file opposition brief | January 5, 2023 |
| Last day for Plaintiff to file reply brief | January 26, 2023 |
| Summary judgment hearing on a date convenient for the Court | February/March 2023 |

Wherefore, the parties respectfully request this Court allow their motion for an extension of time and amend the Scheduling Order, as set forth above.

Dated: September 23, 2022                                    Respectfully submitted,

FOR THE PLAINTIFFS,                                           FOR THE DEFENDANT,

/s/ Adriana Lafaille[1]                                            RACHAEL S. ROLLINS
Matthew R. Segal (BBO #654489)                       United States Attorney
Adriana Lafaille (BBO #680210)
American Civil Liberties Union
Foundation of Massachusetts, Inc.                   By:    /s/ Erin E. Brizius
One Center Plaza, Suite 850                                   ERIN E. BRIZIUS
Boston, MA 02108                                                  Assistant U.S. Attorney
(617) 482-3170                                                         1 Courthouse Way, Suite 9200
ALafaille@aclum.org                                              Boston, MA  02210
                                                                                  (617) 748-3398
*Counsel for Plaintiff American Civil Liberties*           Erin.E.Brizius2@usdoj.gov
*Union of Massachusetts, Inc.*

---

[1] Signed with consent given by email on September 23, 2022.

2