# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT <br><br> Defendant. | C.A. No. 1:22-cv-10407-PBS |

## JOINT MOTION FOR AN EXTENSION OF TIME AND TO AMEND THE SCHEDULING ORDER

Defendant United States Immigration and Customs Enforcement ("ICE"), by its attorney, Rachael S. Rollins, U.S. Attorney for the District of Massachusetts, and Plaintiff American Civil Liberties Union of Massachusetts ("ACLUM") hereby jointly move this court for a 45-day extension of time and amendment of the Scheduling Order, as set forth below. *See* Dkts. 12, 14.

This FOIA case arises from a request for records submitted by the Plaintiff to ICE on January 31, 2022 (the "Request"). *See* Complaint ¶13 & Ex. A (request). The parties have been conferring in an attempt to resolve the matter without the need for further litigation, and discussions remain ongoing. To allow additional time to attempt to resolve the remaining issues before motion practice is necessary, the parties propose the following schedule for the filing of their respective cross-motions for summary judgment:

9/27/22

allowed

[signature]