UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC., <br><br> Plaintiff, <br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | Civil Action No. 1:22-cv-10407-PBS |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, U.S. Immigration and Customs Enforcement ("ICE"), by its attorney, Rachael S. Rollins, United States Attorney for the District of Massachusetts, respectfully moves the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for judgment in its favor. As grounds for its motion, ICE states that there is no genuine issue of material fact in this proceeding, and that as a matter of law, judgment should be issued in its favor. In further support, ICE relies upon its Memorandum of Law, Statement of Undisputed Material Facts, and the Declaration of Fernando Pineiro, and exhibits attached thereto.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: /s/ *Erin E. Brizius*
ERIN E. BRIZIUS
Assistant U.S. Attorney
John J. Moakley Federal Courthouse
One Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3398
erin.e.brizius2@usdoj.gov

**LOCAL RULE 7.1. CERTIFICATION**

  I certify that throughout the course of this proceeding, I consulted with counsel for the Plaintiff to narrow the issues but was unable to reach a resolution.

                /s/ *Erin E. Brizius*
                ERIN E. BRIZIUS
                Assistant U.S. Attorney