**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC., |
| Plaintiff, |
| v. |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, |
| Defendant. |

No. 1:22-cv-10407-PBS

**MOTION FOR ADMISSION *PRO HAC VICE* OF MEDHA SWAMINATHAN**

Pursuant to Local Rule 83.5.3, I move for the admission *pro hac vice* of Medha Swaminathan of the ACLU Foundation of Massachusetts, Inc., to appear and practice before the Court in this matter. I am an attorney admitted to practice before this Court and am counsel of record in this case. Ms. Swaminathan meets the requirements of the Local Rule, as demonstrated in her attached declaration. The Defendant assents to this motion.

Date: December 7, 2022

/s/ *Adriana Lafaille*
Adriana Lafaille (BBO# 680210)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
alafaille@aclum.org

Local Rule 7.1 Certification

I certify that I have conferred with counsel for the Defendant regarding this motion. The Defendant assents.

*/s/ Adriana Lafaille*
Adriana Lafaille