UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | No. 1:22-cv-10407-PBS |

**ASSENTED-TO MOTION FOR AN EXTENSION OF TIME AND TO AMEND THE SCHEDULING ORDER**

Plaintiff moves for a one-week extension of its deadline to oppose Defendant's summary judgment motion and file a cross-motion for summary judgment, and for a corresponding amendment of the current briefing schedule. Plaintiff's counsel is working diligently on Plaintiff's submission. But due to unforeseen circumstances, travel, and competing responsibilities in other cases, Plaintiff would benefit from additional time to prepare its submission. Defendant assents to this motion.

Defendant's summary judgment motion was filed on November 17. The proposed modified briefing deadlines are:

- Plaintiff's opposition and cross-motion for summary judgment: December 22, 2022 (currently December 15, 2022)

- Defendant's opposition: January 12, 2023 (currently January 5, 2023)

- Plaintiff's reply: February 2, 2023 (currently January 26, 2023)

Respectfully submitted,

Date: December 13, 2022                    /s/ *Adriana Lafaille*
Matthew R. Segal (BBO #654489)
Adriana Lafaille (BBO# 680210)
Medha Swaminathan (Md. 2211290214)*
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
alafaille@aclum.org

*Leave to appear *pro hac vice* granted;
Notice of Appearance forthcoming

Local Rule 7.1 Certification

I certify that I have conferred with counsel for the Defendant regarding this motion. The Defendant assents.

*/s/ Adriana Lafaille*
Adriana Lafaille