**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Civil Action No. 1:22-cv-10407-PBS |

**NOTICE OF APPEARANCE**

Undersigned counsel hereby appears, upon admission *pro hac vice*, on behalf of Plaintiff American Civil Liberties Union of Massachusetts, Inc. *See* ECF 25 (order granting motion for admission to the District of Massachusetts *pro hac vice*, ECF 24).

Respectfully submitted,

Date: December 19, 2022

*/s/ Medha Swaminathan*

Medha Swaminathan
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
mswaminathan@aclum.org

1