**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC., <br>              Plaintiff, <br><br>     v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br>              Defendant. | Civil Action No. 1:22-cv-10407-PBS |

## DECLARATION OF BETSY GINSBERG

Pursuant to 28 U.S.C § 1746, I hereby declare as follows:

1. My name is Betsy Ginsberg. I am Director of Clinical Education and Clinical Professor of Law at the Benjamin N. Cardozo School of Law in New York. I founded and direct the Civil Rights Clinic. I used to teach in the Immigration Justice Clinic.

2. In 2011, as part of my work with the Immigration Justice Clinic, I submitted a Freedom of Information Act (FOIA) request to Immigration and Customs Enforcement (ICE) seeking records relating to the application of 8 U.S.C. § 1229a(c)(2)(B) and *Dent v. Holder*, 627 F.3d 365 (9th Cir. 2010). My request was assigned FOIA case number 2012FOIA02492. On January 25, 2013, I received a production of three pages constituting two records.

3. Attached as Exhibit 1 to my declaration is a true and correct copy of the January 25, 2013 response from ICE, including the two documents and a cover letter that states, among other things, that "ICE has applied Exemption 5 to protect from disclosure attorney work-product contained within the documents." This production includes the nearly-unredacted one-page record entitled "Responding to Requests for Documents from Respondents in Removal Proceedings," which I was told was submitted in this case.

Executed on this 31 day of January 2023, New York.

_____

Betsy Ginsberg

1