**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC.,<br>       Plaintiff,<br><br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>      Defendant. | Civil Action No. 1:22-cv-10407-PBS |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw my appearance as counsel for the Plaintiff. The Plaintiff is still

represented by other counsel in this matter.

Dated: March 24, 2023

Respectfully submitted,

/s/ *Matthew R. Segal*
Matthew R. Segal (BBO # 654489)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
msegal@aclum.org

1

2

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 24, 2023, a true copy of the above document was filed via

the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.


March 24, 2023                                               /s/ *Matthew R. Segal*
                                                            Matthew R. Segal