**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC., <br><br> Plaintiff, <br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br><br> Defendant. | Civil Action No. 1:22-cv-10407-PBS |

**NOTICE OF SUBMISSION**

Defendant, U.S. Immigration and Customs Enforcement ("ICE" or "Defendant"), by its attorney, Rachael S. Rollins, United States Attorney for the District of Massachusetts, hereby provides notice that on March 28, 2023, an unredacted copy of the 42 documents at issue in this case is being submitted to the Court for *in camera* review. The unredacted copy contains bracketing to show all unreleased material, with the basis for the withholdings set forth in the Vaughn Index and Declarations of Fernando Pineiro. Dkts. 22-1, 22-2, & 35-1. Defendant also is submitting an enlarged copy of the Vaughn Index, as requested by the Court. Dkt. 22-2.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:    /s/ *Erin Brizius*
ERIN E. BRIZIUS
Assistant U.S. Attorney
John J. Moakley Federal Courthouse
One Courthouse Way, Ste. 9200
Boston, MA  02210
(617) 748-3398
erin.e.brizius2@usdoj.gov