UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 22-10407-PBS |
| v. | ) ) | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) ) ) | |
| Defendant. | ) ) ) | |

NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for the Defendant.

Respectfully submitted,

JOSHUA S. LEVY,
Acting United States Attorney

By:   */s/ Rayford A. Farquhar*
Rayford A. Farquhar
Assistant U.S. Attorney
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100
rayford.farquhar@usdoj.gov

Dated:  June 5, 2023