**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC.,<br><br>            Plaintiff,<br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>            Defendant. | Civil Action No. 1:22-cv-10407-PBS |

**NOTICE OF WITHDRAWAL**

Notice is hereby given that Assistant United States Attorney Erin E. Brizius withdraws her appearance as counsel for the defendant in the above-captioned matter. Assistant United States Attorney Rayford A. Farquhar will continue as counsel for the government.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

Dated: June 5, 2023        By:    */s/ Erin E. Brizius*
ERIN E. BRIZIUS
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3398
Erin.E.Brizius2@usdoj.gov