**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | Civil Action No. 1:22-cv-10407-PBS |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Medha Swaminathan respectfully withdraws her appearance as counsel for the Plaintiff.

Dated: August 4, 2023

Respectfully submitted,

By: /s/ *Medha Swaminathan*
    Medha Swaminathan
    AMERICAN CIVIL LIBERTIES UNION
     FOUNDATION OF MASSACHUSETTS, INC.
    One Center Plaza, Suite 850
    Boston, MA 02108
    (617) 482-3170
    mswaminathan@aclum.org

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2023, a true copy of the above document was filed via

the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

/s/ *Medha Swaminathan*
Medha Swaminathan