**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| |
|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC., |
| Plaintiff, |
| v. |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, |
| Defendant. |

Civil Action No. 1:22-cv-10407-PBS

**ASSENTED-TO MOTION OF THE DEFENDANT FOR AN**
**EXTENSION OF TIME FOR THE PARTIES TO FILE**
**A PROPOSED FORM OF JUDGMENT**

The Defendant, by and through its attorney, Joshua S. Levy, Acting United States Attorney for the District of Massachusetts, hereby moves, with the assent of the Plaintiff, for an extension of time up to and including September 15, 2023, for the parties to file a proposed form of judgment.

The Defendant asserts that additional time is needed to fully access with agency counsel located in Washington, D.C the scope of documents the Defendant is being Ordered to produce.

WHEREFORE, the Defendant moves this Court for an extension of time of up to and including September 15, 2023, for the parties to file a proposed form of judgment.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:    */s/ Rayford A. Farquhar*
RAYFORD A. FARQUHAR
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100
Email: rayford.farquhar@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that the Plaintiff's counsel has assented to the filing of this motion.

Dated: August 22, 2023    By:    */s/ Rayford A. Farquhar*
Rayford A. Farquhar
Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: August 22, 2023    By:    */s/ Rayford A. Farquhar*
RAYFORD A. FARQUHAR
Assistant United States Attorney

2