# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC.,<br>　　　　　　　　　　Plaintiff,<br>　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>　　　　　　　　　　Defendant. | No. 1:22-cv-10407-PBS |

## Joint Proposed Judgment

On August 9, 2023, this Court allowed in part and denied in part Defendant's motion and Plaintiff's cross-motion for summary judgment. ECF No. 45. The Parties now submit the Proposed Form of Judgment ordered by the Court. *See* ECF No. 46.

Respectfully submitted,

For the Plaintiff:

/s/ *Adriana Lafaille*
Adriana Lafaille (BBO #680210)
American Civil Liberties Union
Foundation of Massachusetts,
Inc.
211 Congress Street
Boston, MA 02110
(617) 482-3170
alafaille@aclum.org

For the Defendant:

JOSHUA S. LEVY
Acting United States Attorney

By: /s/ *Rayford A. Farquhar*
Rayford A. Farquhar
Assistant United States Attorney
United States Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Rayford.Farquhar@usdoj.gov

Dated: September 13, 2023