# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC., <br>                          Plaintiff, <br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br>                          Defendant. | No. 1:22-cv-10407-PBS |

## JUDGMENT

SARIS, D.J.

In accordance with this Court's August 9, 2023 Memorandum and Order which, following *in camera* review of challenged redactions, allowed in part and denied in part the Defendant's Motion for Summary Judgment and the Plaintiff's Cross-Motion for Summary Judgment, and Ordered that the Government remove specific withholdings contained in the documents within 60 days of such order, it is now ORDERED that the following materials which were initially withheld under FOIA Exemptions (b)(5) or (b)(7)(E) shall be disclosed by October 9, 2023:

- *Vaughn* index Entries 2, 19, 24, 33, 35, 37, and 40
- In *Vaughn* index Entry 3, the first redaction and first paragraph of the second redaction at Bates 012
- In *Vaughn* index Entry 5, the fifth bullet point of Bates 027
- In *Vaughn* index Entry 6, Bates 030
- In *Vaughn* index Entry 7, the first three redactions on Bates 034
- In *Vaughn* index Entry 8, the first redaction on Bates 036

- In *Vaughn* index Entry 9, the first redaction on Bates 041
- In *Vaughn* index Entry 11, the third and fourth bullets on Bates 049
- In *Vaughn* index Entry 17, the neutral discussion of California and New York State law on Bates 066 ("For example . . . contendere.'" and "On the other hand . . . Apr. 12, 2019)")
- In *Vaughn* index Entry 18, the first two redactions on Bates 070
- In *Vaughn* index Entry 22, everything except the final redaction
- In *Vaughn* index Entry 23, the first redaction, with the exception of the beginning and end of said redaction (*i.e.*, "Moving forward . . . ." and "In arguing . . . .")
- In *Vaughn* index Entry 28, Bates 501
- In *Vaughn* index Entry 31, Bates 587 to 592 prior to the start of the "practice pointers" on Bates 592
- In *Vaughn* index Entry 34, the first redaction on Bates 602
- In *Vaughn* index Entry 36, the last two bullets on Bates 613
- In *Vaughn* index Entry 38, the second and third redactions on Bates 619
- In *Vaughn* index Entry 39, the final redaction on Bates 674
- In *Vaughn* index Entry 41, all redactions except section 6 of Bates 698
- In *Vaughn* index Entry 42, all redactions except section 7 at Bates 728 to 729

- In *Vaughn* index Entry 43, the redactions at Bates 746 to 753 prior to the beginning of paragraph B on Bates 753

This order is without prejudice to a timely filed motion for fees and costs.

IT IS SO ORDERED.

Date: 9/18/23

_____
Hon. PATTI B. SARIS
United States District Judge