## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| |
|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. |

No. 1:22-cv-10407-PBS

**Assented-To Motion for an Extension of Time to Seek Attorney's Fees**

Plaintiff moves for a 60-day extension of the deadline to seek attorney's fees in this case, to December 1, 2023. This Court entered judgment on September 18, 2023, requiring Defendant to produce certain records by October 9, 2023. Plaintiff's motion for attorney's fees is due on October 2, 2023. Fed. R. Civ. P. 54(d)(2)(B).

Plaintiff is in contact with Government counsel and hopes that the parties will be able to reach an agreement regarding fees. A sixty-day extension would allow time for the parties to resolve these matters in light of counsel's other commitments and scheduled out-of-country travel.

Respectfully submitted,

Date: September 27, 2023

/s/ *Adriana Lafaille*
Adriana Lafaille (BBO# 680210)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite
850 Boston, MA 02108
(617) 482-3170
alafaille@aclum.org

<u>Local Rule 7.1 Certification</u>

I certify that I have conferred with counsel for the Defendant regarding this motion. The Defendant assents.

<u>*/s/ Adriana Lafaille*</u>
Adriana Lafaille

2