UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC.,<br><br>        Plaintiff,<br>v.<br><br>U.S. IMMIGRATION & CUSTOMS ENFORCEMENT,<br><br>        Defendant. | Civil Action No. 1:22-cv-10407-PBS |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for the Defendant.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

Dated: October 24, 2023    By:   */s/ Michael Sady*
                                                  MICHAEL SADY
                                                  Assistant U.S. Attorney
                                                  United States Attorney's Office
                                                  1 Courthouse Way, Suite 9200
                                                  Boston, MA  02210
                                                  617-748-3100
                                                  michael.sady@usdoj.gov