UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | Civil Action No. 1:22-cv-10407-PBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given that Assistant United States Attorney Rayford A. Farquhar withdraws his appearance as counsel for the Defendant in the above-captioned matter. Assistant United States Attorney Michael P. Sady will continue as counsel for the government.

                                              Respectfully submitted,

                                              JOSHUA S. LEVY
                                              Acting United States Attorney

Dated: October 25, 2023        By:   */s/ Rayford A. Farquhar*
                                                    RAYFORD A. FARQUHAR
                                                    Assistant United States Attorney
                                                    United States Attorney's Office
                                                    John Joseph Moakley U.S. Courthouse
                                                    1 Courthouse Way, Suite 9200
                                                    Boston, MA 02210
                                                    617-748-3100
                                                    Email: rayford.farquhar@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  October 25, 2023　　　　　　　　　By:　　*/s/ Rayford A. Farquhar*
　　　　　　　　　　　　　　　　　　　　　　　　　RAYFORD A. FARQUHAR
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney