# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>          Defendant. | No. 1:22-cv-10407-PBS |

**Assented-To Motion for an Extension of Time to Seek Attorney's Fees**

Plaintiff moves for a six-week extension of the deadline to seek attorney's fees in this case, to January 12, 2024. Defendant assents.

This Court entered judgment on September 18, 2023, requiring Defendant to produce certain records by October 9, 2023. ECF No. 50. The Court also extended Plaintiff's deadline to move for attorney's fees from October 2, 2023, to December 1, 2023, in order to allow the parties to explore a negotiated resolution. ECF No. 52.

The parties have reached an agreement in principle but are unlikely to finalize the details of the agreement before Plaintiff's December 1, 2023 deadline. Plaintiff is requesting an extension to provide time for the parties to finalize their agreement. Although Plaintiff hopes that a final agreement can be reached well before the proposed January 12, 2024 deadline, the proposed deadline accounts for the possibility of delay due to travel and holiday schedules.

Respectfully submitted,

Date: November 29, 2023          /s/ *Adriana Lafaille*
                                 Adriana Lafaille (BBO# 680210)
                                 American Civil Liberties Union
                                 Foundation of Massachusetts, Inc.
                                 One Center Plaza, Suite
                                 850 Boston, MA 02108
                                 (617) 482-3170
                                 alafaille@aclum.org

<u>Local Rule 7.1 Certification</u>
   I have conferred with Defendant's counsel regarding this motion. Defendant assents.

                                 */s/ Adriana Lafaille*
                                 Adriana Lafaille

2