# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | No. 1:22-cv-10407-PBS |

**Assented-To Motion for an Extension of Time to Seek Attorney's Fees**

Plaintiff moves for a further three-week extension of the deadline to seek attorney's fees in this case, to February 2, 2024. Defendant assents.

This Court entered judgment on September 18, 2023, requiring Defendant to produce certain records by October 9, 2023. ECF No. 50. The Court also extended Plaintiff's deadline to move for attorney's fees twice, to January 12, 2024. ECF Nos. 52, 56.

The parties have reached an agreement in principle and anticipate being able to finalize and sign a settlement in the coming days. Plaintiff is requesting a small further extension to provide additional time for the parties to complete the resolution of this case.

Respectfully submitted,

Date: January 19, 2024                    /s/ *Adriana Lafaille*
                                          Adriana Lafaille (BBO# 680210)
                                          American Civil Liberties Union
                                          Foundation of Massachusetts, Inc.
                                          One Center Plaza, Suite
                                          850 Boston, MA 02108
                                          (617) 482-3170
                                          alafaille@aclum.org

Local Rule 7.1 Certification

I have conferred with Defendant's counsel regarding this motion. Defendant assents.

*/s/ Adriana Lafaille*
Adriana Lafaille

2